HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION,<br><br>    Petitioner,<br><br> v.<br><br>CHRISTIAN GRABER,<br><br>    Respondent. | Case No.: 2:25-cv-1730-JNW<br><br>STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON PETITION |

Petitioner Valve Corporation ("Valve") and Respondent Christian Graber ("Respondent") hereby stipulate as follows:

WHEREAS, on September 8, 2025, Valve filed a Petition to Vacate Arbitration Awards (Dkt. 1) and noted it for consideration on October 1, 2025;

WHEREAS, Respondent's deadline to respond to the Petition is September 23, 2025; and

WHEREAS, on September 15, 2025, counsel for Respondent requested and Valve consented to an extension of the deadline to respond to the Petition.

STIPULATION AND ORDER MODIFYING
BRIEFING SCHEDULE ON PETITION - 1

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned counsel for the parties, subject to approval of the Court, that:

(i) Respondent shall have up to and including October 14, 2025, to respond to the Petition to Vacate;

(ii) Valve shall have up to and including November 4, 2025, to reply to the Petition;

(iii) The Petition is re-noted for November 4, 2025; and

(iv) This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the parties.

DATED: September 23, 2025.

BAILEY DUQUETTE P.C.

By: *s/ William R. Burnside*
William R. Burnside, WSBA No. 36002
800 Fifth Avenue, Suite 101-800
Seattle, WA 98104
T: 206.353.8021
E: will@baileyduquette.com

BUCHER LAW PLLC

William Bucher
(*pro hac vice* forthcoming)
350 Northern Blvd.
STE 324-1519
Albany, NY 12204-1000

*Attorneys for Respondent*

STIPULATION AND ORDER MODIFYING
BRIEFING SCHEDULE ON PETITION - 2

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869

CORR CRONIN LLP

By: *s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
E: bmarksdias@corrcronin.com

*Attorney for Petitioner Valve Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED this 10th day October, 2025

_____
The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER MODIFYING
BRIEFING SCHEDULE ON PETITION - 3

BAILEY DUQUETTE P.C.
800 FIFTH AVENUE, SUITE 101-800
SEATTLE, WASHINGTON 98104
T 206.353.8021 | F 888.233.5869