THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, | No. 25-cv-01730-JNW |
| Petitioner, | **STIPULATED MOTION AND ORDER** |
| v. | **NOTE ON MOTION CALENDAR: OCTOBER 30, 2025** |
| CHRISTIAN GRABER, | |
| Respondent. | |

STIPULATED MOTION AND ORDER
No. 25-cv-01730-JNW

1

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  Petitioner Valve Corporation ("Valve") and Respondent Christian Graber ("Respondent,"
2  together with Valve, the "Parties") hereby stipulate as follows:
3  **WHEREAS**, on September 8, 2025, Valve filed a Petition To Vacate Arbitration Awards
4  (the "Petition," Dkt. 1) and noted the Petition for consideration on October 1, 2025;
5  **WHEREAS**, the Petition is 3,739 words;
6  **WHEREAS**, on September 15, 2025, counsel for Respondent requested and Valve
7  consented to an extension of the deadline to respond to the Petition;
8  **WHEREAS**, on September 23, 2025, the Parties filed a Scheduling Stipulation and
9  Proposed Order stipulating that: (i) Respondent shall have up to and including October 14, 2025, to
10 respond to the Petition; (ii) Valve shall have up to and including November 4, 2025, to file a reply
11 in further support of the Petition; and (iii) the Petition was to be re-noted for November 4, 2025
12 (the "Stipulated Motion," Dkt. 13);
13 **WHEREAS**, on October 10, 2025, the Court granted the Stipulated Motion (Dkt. 17);
14 **WHEREAS**, under the current schedule, the deadline for Valve to file its reply in further
15 support of the Petition is November 4, 2025;
16 **WHEREAS**, on October 14, 2025, Respondent filed an opposition to the Petition (Dkt. 18);
17 **WHEREAS**, Respondent's opposition to the Petition is 8,217 words;
18 **WHEREAS**, on October 29, 2025, Respondent (i) consented to an extension of Valve's
19 deadline to file a reply in further support of the Petition until November 18, 2025, and (ii) agreed
20 that Valve's reply in further support of the Petition may be up to 4,100 words;
21 **NOW THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned
22 counsel for the Parties, subject to approval of the Court, that:
23 (i)   Valve shall have up to and including November 18, 2025, to file a reply in further
24       support of the Petition;
25 (ii)  Valve's reply in further support of the Petition may be up to 4,100 words;
26 (iii) The Petition is re-noted for November 18, 2025; and

STIPULATED MOTION AND ORDER
No. 25-cv-01730-JNW

2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

(iv)     This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties.

SO STIPULATED this 30th day of October, 2025.

By: *s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Petitioner Valve Corporation*

By: *s/ William R. Burnside (per email authorization)*
William R. Burnside, WSBA No. 36002
BAILEY DUQUETTE P.C.
800 Fifth Avenue, Suite 101-800
Seattle, WA 98104
will@baileyduquette.com

*Attorneys for Respondent*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED this 31st day of October, 2025

The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

---

STIPULATED MOTION AND ORDER
No. 25-cv-01730-JNW

3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Petitioner Valve Corporation*

STIPULATED MOTION AND ORDER
No. 25-cv-01730-JNW

4

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900